**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 15 |
| POSEIDON CONCEPTS CORP., | ) | Case No. 13-15893 HRT |
| | ) | |
| Debtor in foreign proceeding. | ) | (*Jointly Administered*) |

**MONITOR'S MOTION TO SET BAR DATE FOR
FILING PROOFS OF CLAIM**

PricewaterhouseCoopers Inc. (the "Monitor"), as the court-appointed monitor (the "Monitor") and authorized foreign representative of Poseidon Concepts Corp., Poseidon Concepts Ltd., Poseidon Concepts Limited Partnership, and Poseidon Concepts Inc. (collectively referred to as the "PC Debtors") in the proceeding pending in the Court of Queen's Bench of Alberta, Canada (the "Canadian Proceeding") under the Companies' Creditors Arrangement Act (the "CCAA"), by and through its undersigned counsel, Rothgerber Johnson & Lyons LLP, hereby files its Motion to Set Bar Date for Filing Proofs of Claim (the "Motion"). In support of the Motion, the Monitor states as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a) and (b) and 157(a) and (b)(1). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M) and (P) of the Bankruptcy Code. Venue is proper in this district pursuant to 28 U.S.C. § 1410(1) and (3).

## BACKGROUND

2. The PC Debtors initiated a proceeding under the CCAA on April 9, 2013. On April 9, 2013, the court in the Canadian Proceeding issued its CCAA Order.

3. On April 12, 2013, the Monitor filed four Chapter 15 petitions on behalf of the entities collectively referred to as the PC Debtors (the "Petitions").

4. In conjunction with the Petitions, the Monitor, as the foreign representative in each case, also filed Petitions for Recognition as Foreign Main Proceeding Pursuant to Sections 1515 and 1517 of the Bankruptcy Code and Related Relief (the "Petitions for Recognition"). [Docket No. 03]

5. On April 15, 2013, the Court entered its Order Directing Joint Administration of the PC Debtors' Chapter 15 Cases. [Docket No. 12]

6. On May 15, 2013, the Court entered its Order Granting Recognition as a Foreign Main Proceeding and Related Relief. [Docket No. 60]

2004253281_1

7. On April 22, 2013, the Monitor filed its Omnibus Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests; (B) Authorizing the Debtor to Employ Ernst & Young Orenda Corporate Finance Inc. as Financial Advisor; and (C) Approving Procedures for Sale of Assets (the "Sale Procedures Motion"). [Docket No. 22]

8. On May 10, 2013, the Court entered its Order Granting the Monitor's Omnibus Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests; (B) Authorizing the Debtor to Employ Ernst & Young Orenda Corporate Finance Inc. as Financial Advisor; and (C) Approving Procedures for the Sale of Assets (the "Sale Procedures Order"). [Docket No. 55]

9. On May 31, 2013, the Monitor filed its Motion for Order Approving Sale of Assets Free and Clear of Liens, Claims and Interests (the "Sale Motion"). [Docket No. 83] As specified in the Sale Motion, the party designated as having submitted the highest and best bid was Rockwater Energy Solutions, Inc.

10. On June 19, 2013, the Court entered its Amended Order Authorizing the Sale of the Purchased Assets Free and Clear of All Liens, Claims and Interests, approving the sale to Rockwater. [Docket No. 119] The Sale Order further specifies that all lien and security interests in and against the Purchased Assets, as defined in the Sale Order, shall attach to the proceeds the sale.

## REQUESTED RELIEF

11. Through this Motion, the Monitor requests that the Court enter an Order: (i) setting a bar date for creditors to file proofs of claim; and (ii) approving the form, manner, and method of notice for filing proofs of claim. The bar date will apply to creditors only and not to equity interest holders.

12. Setting a bar date to file proofs of claim will facilitate the review, calculation, analysis and resolution of claims in these cases.

## DISCUSSION

13. 11 U.S.C. § 1514(d) contemplates the filing of proofs of claim in Chapter 15 cases, stating, "[a]ny rule of procedure or order of the Court as to notice or the filing of a proof of claim shall provide such additional time to creditors with foreign addresses as is reasonable under the circumstances."

14. Although FED. R. BANKR. P. 3003 relates to the filing of proofs of claim in Chapter 9 or Chapter 11 cases, the Monitor requests the Court employ the procedures set forth in Rule 3003(c) in these jointly administered cases and fix the time within which proofs of claim must be filed. Under Rule 2002, notice to creditors regarding the fixing of a time for filing proofs of claim under Rule 3003(c) must be no less than twenty days. FED. R. BANKR. P. 2002(a)(7).

15. The Monitor requests the Court set a bar date to file proofs of claim forty-five (45) days from the date of the entry of any Order approving this Motion, which forty-five days will provide creditors and interested parties sufficient time within which to file a proof of claim.

16. A proposed form of Notice of Order Establishing Bar Date for Filing Proofs of Claim ("Bar Date Notice") is attached hereto as **Exhibit A**. Upon entry of any Order approving this Motion and setting a bar date, the Monitor will serve a copy of the Bar Date Notice to: (i) the United States Trustee for the District of Colorado; (ii) all creditors identified in the PC Debtors' Statements Pursuant to Bankruptcy Rule 1007(a)(4), as amended from time to time; (iii) all parties requesting notice in any of the cases; (iv) all known secured lienholders in each case; (v) all other parties in interest, excluding equity interest holders; and (vi) any other person or entity the Court directs.

17. The Monitor requests the Court approve both the Bar Date Notice as part of any Order approving this Motion.

18. Notice of this Motion will be sent to all creditors and interested parties, excluding equity interest holders.

WHEREFORE, the Monitor requests that the Court enter an Order setting a bar date for the filing of proofs of claim; approving the form, manner, and method of notice relating to the Bar Date Notice; and requests such other and further relief as the Court deems appropriate.

Respectfully submitted this 21st day of June, 2013.

ROTHGERBER JOHNSON & LYONS LLP

*s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 623-9000
Fax: (303) 623-9222
E-mail: bcohen@rothgerber.com
ccaby@rothgerber.com

*Attorneys for PricewaterhouseCoopers Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 21, 2013, a true and correct copy of the foregoing MONITOR'S MOTION TO SET BAR DATE FOR FILING PROOFS OF CLAIM was mailed by depositing same in the United States mail, first-class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service of the above. See attached Service List.

      /s/ Kimberly Means
     OF ROTHGERBER JOHNSON & LYONS LLP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 13-15893-HRT<br>District of Colorado<br>Denver<br>Fri Jun 21 10:07:12 MDT 2013 | 1418600 Alberta Ltd.<br>OA R&R Rentals<br>61 Huget Crescent<br>Red Deer, Alberta T4N 6N3<br>CANADA | 5-Star Frac Support Services LLC<br>37 Copper Valley Road<br>Creekside, PA 15732-8500 |
| 5J Oilfield Services LLC<br>4090 N US Hwy 79<br>Palestine, TX 75801-7065 | A&W Water Service Inc<br>PO Box 911724<br>Denver, CO 80291-1724 | Acklands-Grainger Inc.<br>PO Box 2970<br>Winnipeg, Manitoba R3C 4B5<br>CANADA |
| Mark J. Adey<br>600 1st Source Bank Center<br>100 North Michigan St.<br>South Bend, IN 46601-1600 | Advantage Manufacturing Ltd.<br>Box 6747<br>6218 - 54th Ave<br>Drayton, Alberta T7A 1S1<br>CANADA | Apex Distribution Inc.<br>550,407 - 2nd St SW<br>Calgary, Alberta T2P 2Y3<br>CANADA |
| B&W Crane Services Inc.<br>5191 Magnolia<br>Casper, WY 82604-4221 | Bakken Plastics LLC<br>PO Box 428<br>Miles City, MT 59301-0428 | Baron Oilfield Supply<br>5537 4th Ave<br>Edson, Alberta T7E 1L6<br>CANADA |
| Beck Engineering<br>Unit 144<br>2730-3 Ave NE<br>Calgary, Alberta T2A 2L5<br>CANADA | Best Well Services LLC<br>5727 S Lweis Ave<br>Ste 550<br>Tulsa, OK 74105-7197 | Big Block Picker<br>1016 51 ST<br>Edson, Alberta T7E 1E9<br>CANADA |
| Big Dog Delivery Inc.<br>940 Marpole Rd NE<br>Calgary, Alberta T2A 4L3<br>CANADA | Bighorn Construction and Reclamation Inc<br>PO Box 1512<br>Douglas, WY 82633-1512 | Bluewave Energy<br>Edson Branch<br>7539 1A Ave<br>Edson, Alberta T7E 1X6<br>CANADA |
| Bluewave Energy<br>PO Box 2519<br>Station M<br>Calgary, Alberta T2P 0E8<br>CANADA | Bordon Ladner Gervais LLP<br>Centenial Place, East Tower<br>1900, 520 3rd Ave SW<br>Calgary, Alberta T2P 3N4<br>CANADA | Boyden Global Executive Search<br>Ste 1060, 144 - 4 Ave SW<br>Calgary, Alberta T2P 3N4<br>CANADA |
| Bravo Trucking<br>3904 Tumbleweed Trl<br>Midland, TX 79707-4016 | Brighton Crane Service<br>PO Box 383<br>Brighton, CO 80601-0383 | Brown's Dozer Service<br>1407 N Taylor<br>Enid, OK 73703 |
| Kenneth J. Buechler<br>1621 18th St.<br>Ste. 260<br>Denver, CO 80202-1267 | C.H. Yarber Construction<br>4120 W 5th St<br>PO Box 2329<br>Cheyenne, WY 82003-2329 | CIBC Wood Gundy<br>600,607 - 8th Ave SW<br>Calgary, Alberta T2P 0A7<br>CANADA |
| CUP Greber Enterprises Ltd.<br>OA Greber Construction<br>Box 27<br>Beverlodge, Alberta T0H 0C0<br>CANADA | Chad S. Caby<br>1200 17th St.<br>Suite 3000<br>Denver, CO 80202-5855 | Canadian Pump & Compressor<br>607 - 18th Ave<br>Nisku, Alberta T9E 7T7<br>CANADA |

| | | |
|---|---|---|
| Canwest Propane Partnership<br>Box 6848<br>Drayton Valley, Alberta T7A 1S2<br>CANADA | Centralis Luxembourg<br>37 rue d Anvers<br>L-1130<br>LUXEMBOURG | Champion Tape<br>5101 Spring St<br>Racine, WI 53406-2905 |
| Clarey Napier International, LLC<br>1331 Lamar, Ste 1130<br>Houston, TX 77010-3027 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 | Cole International Inc.<br>PO Box 2718<br>Stn M<br>Calgary, Alberta T2P 3C2 |
| Corrs Chambers Westgarth<br>GPO Box 9925<br>Melbourne Victoria 3001<br>AUSTRALIA | Craig A. Welscher<br>The Welscher Law Firm<br>1111 N Loop W, Ste. 702<br>Houston, TX 77008-4715 | Crane Service Inc.<br>505 Murray Rd SE<br>Albuquerque, NM 87105-0817 |
| DV Rentals Inc.<br>5513 - 50th Ave<br>Box 6875<br>Drayton Valley, Alberta T7A 1S2<br>CANADA | Dale's Construction LLC<br>PO Box 153<br>Nash, OK 73761-0153 | Daniel's Welding Ltd.<br>PO Box 6206<br>Edson, Alberta T7E 1T7<br>CANADA |
| Datasafe Recovery Services Ltd.<br>Ste 650, 703-5th Ave SW<br>Calgary, Alberta T2P 0T9<br>CANADA | Daubert Contracting Ltd.<br>Box 523<br>Debolt, Alberta T0H 1B0<br>CANADA | Dickinson Truck Equipment Inc.<br>PO Box 1522<br>Dickinson, ND 58602-1522 |
| Directors Desk LLC<br>co Wells Fargo Bank<br>Lockbox 50200<br>Philadelphia, PA 19178-0200 | Doby Hagar Trucking Inc.<br>19063 Transport Lane<br>Shafter, CA 93263-9532 | Drift Production Services Ltd.<br>4612 - 50th Ave SW<br>Site 5, Box 52, RR1<br>Gibbons, Alberta T0A 1N0<br>CANADA |
| Drisco LLC<br>PO Box 149<br>Ponca City, OK 74602-0149 | Dryair 2000 Inc.<br>PO Box 126<br>606 Highway Dr<br>St Brieux, Saskatchewan S0K 3V0<br>CANADA | Terry Ehrlich<br>7691 Shaffer Pkwy.<br>Ste. A<br>Littleton, CO 80127-3010 |
| Carl A. Eklund<br>1225 17th St.<br>Ste. 2300<br>Denver, CO 80202-5535 | Emerson Clark Printing Corp<br>9, 4001B - 19th St NE<br>Calgary, Alberta T2E 6X8<br>CANADA | Entrec Corporation<br>100 Diamond Ave<br>PO Box 3490<br>Spruce Grove, Alberta T7X 3A7<br>CANADA |
| Epcor<br>PO Box 500<br>Edmonton, Alberta T5J 3Y3<br>CANADA | Far West Trucking<br>RR2<br>Carstairs, Alberta T0M 0N0<br>CANADA | Farris Vaughan Wills & Murphy LLP<br>Ste 800 - 1708 Dolphin Ave<br>Kelowna, BC V1Y 9S4<br>CANADA |
| Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 | GMX Resources, Inc.<br>Attn: Ken L. Kenworthy, Sr.<br>9400 N Broadway, Ste. 600<br>Oklahoma City, OK 73114-7428 | Gleeson McGrath Baldwin Solicitors<br>29 Anglesea St<br>Dublin 2<br>IRELAND |

| | | |
|---|---|---|
| Global X-Ray & Testing Corp.<br>2831 Momentum Place<br>Chicago, IL 60689-5328 | Go Flow Water Service LLC<br>3166 Pipe Court<br>Grand Junction, CO 81504-6237 | Greenery Office Interiors Ltd.<br>150, 2402 - 10th Ave SW<br>Calgary, Alberta T3C 0K6<br>CANADA |
| Michael J. Guyerson<br>1873 S. Bellaire St.<br>Ste. 1401<br>Denver, CO 80222-4359 | HJB Invoicing<br>8585 West 14th Avenue Suite B3<br>Denver, CO 80215-4860 | Hall Trucking<br>PO Box 2476<br>Williston, ND 58802-2476 |
| Haystacks Inc.<br>PO Box 35<br>Wamsutter, WY 82336-0035 | Hertz Equipment Rental Corporation<br>PO Box 650280<br>Dallas, TX 75265-0280 | High Country Crane<br>PO Box 482<br>Mills, WY 82644-0482 |
| David Hyams<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 | ISCO Industries LLC<br>926 Baxter Avenue<br>Louisville, KY 40204-2066 | JCR Fabrication<br>745 Scovina Avenue<br>Ontonagon, MI 49953-1245 |
| Jackman Construction Inc.<br>PO Box 218<br>Rock Springs, WY 82902-0218 | Jeremy Alan Lieberman<br>Pomerantz Haudek Block, etc.<br>600 Third Avenue, 20th Floor<br>New York, NY 10016-1917 | Joe Kostelecky<br>908 16th StreetW<br>Dickinson, ND 58601-2925 |
| John W. Morrison, Jr.<br>Crowley Fleck PLLP<br>400 E Broadway<br>PO Box 2798<br>Bismarck, ND 58502-2798 | Jolene Transport<br>5525 - 66 Avenue<br>Taber, Alberta T1G 0A9<br>CANADA | Journey Oilfield Equipment LLC<br>PO Box 1540<br>Woodward, OK 73802-1540 |
| KCK Transport Inc.<br>PO Box 915183<br>Dallas, TX 75391-5183 | KPMG House<br>PO Box 2291U<br>Melbourne, VIC 3001<br>AUSTRALIA | KPMG LLP<br>PO Box 2291U<br>Melbourne, VIC 3001<br>AUSTRALIA |
| King Oil Field Services LLP<br>PO Box 534<br>Parshall, ND 58770-0534 | Laurence M. Rosen<br>The Rosen Law Firm, PA<br>275 Madison Ave - 34th Fl<br>New York, NY 10016-1101 | Layfield Geosynthetics & Industrial<br>11603 - 180 St SW<br>Edmonton, Alberta T5S 2H6<br>CANADA |
| Legal Edge Solution PLLC<br>536 West Villard Street<br>Dickinson, ND 58601-5017 | Leonard Street and Deinard<br>Attn: Carl Obermiller<br>150 S. 5 St., Ste. 2300, Fl. 19<br>Minneapolis, MN 55402-4238 | M&M Supply Co.<br>PO Box 870164<br>Kansas City, MO 64187-0164 |
| Magna Energy Service LLC<br>PO Box 2155<br>Gillette, WY 82717-2155 | Marketwire LP<br>25 York Street Suite 900<br>Toronto, Ontario M5J 2V5<br>CANADA | Marks Crane & Rigging Co Ltd<br>PO Box 2192<br>Odessa, TX 79760-2192 |

Marsau Enterprises Inc
1209 N 30th
Enid, OK 73701-2700

Martin Lally
43 Iona Road
Glusnevin, Dublin 9
IRELAND

McAdoo's Inc.
PO Box 476
Claysville, PA 15323-0476

McCrums's
5310 - 1st Street SW
Calgary, Alberta T2H 0C8
CANADA

McGee Hankla Backes & Dobrovolny PC
PO Box 998
Minot, ND 58702-0998

McGloin Davenport Severson and Snow PC
1600 Stout Street Suite 1600
Denver, CO 80202-3103

McLennan Ross LLP
1000 First Canadian Centre
350 7th Avenue SW
Calgary, Alberta T2P 3N9
CANADA

Mercer Canada Limited
222 3rd Avenue SW Suite 1200
Calgary, Alberta T2P 0B4
CANADA

Merchants Office Furniture
2261 North Broadway
Denver, CO 80205-2535

Merlin Edge Inc.
602 - 12th Avenue SW Suite 100
Calgary, Alberta T2R 1J3
CANADA

Paul Moss
999-18th St.
Ste. 1551
Denver, CO 80202-2415

Munro Supply Inc.
PO Box 519
Grand Junction, CO 81502-0519

Nabholz Cranes and Equipment
PO Box 2090
Conway, AR 72033-2090

National Public Relations
800 - 6th Avenue SW Suite 1600
Calgary, Alberta T2P 3G3
CANADA

Nicholozakes Trucking & Construction Inc
PO Box 670
Cambridge, OH 43725-0670

Noble Engineering
PO Box 443
Redcliffe, QLD 4020
AUSTRALIA

Oxford Crane Inc.
PO Box 1679
Marion, IL 62959-7879

Perley-Robertson
1400 - 340 Rue Albert Street
Ottawa, Ontario K1R 0A5
CANADA

Persimmon Contracting
#10 Spruce Centre SW
Calgary, Alberta T3C 3B3
CANADA

Poseidon Concepts Corp.
1200, 645 - 7th Avenue SW
Calgary, AB  T2P 4G8
 Canada

Poseidon Concepts Limited Partnership
1200, 645 - 7th Avenue SW
Calgary, AB  T2P 4G8
 Canada

Quality Quick Print
37 - 1st Avenue West
Dickinson, ND 58601-5102

RNL Trucking Inc.
4008 N Grimes P.M.B. 274
Hobbs, NM 88240-0903

RPH Distributors Ltd
7915 - 46 Street SE
Calgary, Alberta T2C 2Y6
CANADA

Rainbow Waste
Box 7234
Edson, Alberta T7E 1V5
CANADA

Rawx Excavating
PO Box 1986
Sandy, UT 84091-1986

Reliance Industrial Products Ltd
8301 - 98th Street
Clairmont, Alberta T0H 0W0
CANADA

Ricoh Canada Inc
5520 Explorer Drive Suite 300
Mississauga, Ontario L4W 5L1
CANADA

Riley Boyz Crane Repair & Rental
PO Box 258
Norwalk, OH 44857-0258

Roark Trucking
963 County Road 725 E
Carmi, IL 62821-5443

Robert Walsh
2 Herbert Street
Dublin 2
IRELAND

Roda Deaco Valve
3230-97 St
Edmonton, Alberta T6N 1K4
CANADA

Rugged Tanks and Fabricating
5603A - 62nd Street
Taber, Alberta T1G 1Y6
CANADA

SFI
4768 Hungerford Road
Memphis, TN 38118-7001

SFI Compliance Inc.
PO Box 2515
Parker, CO 80134-1418

Safeguard Business Systems Ltd
PO Box 834
Midland, Ontario L4R 4P4
CANADA

Safety Services Company
157 Adelaide Street West Suite 428
Toronto, Ontario M5H 4E7
CANADA

SaskTel
PO Box 2121
Regina, SK S4P 4C5
CANADA

Secure Energy Services
1900, 205 - 5th Avenue SW
Calgary, Alberta T2P 2V7
CANADA

Shaw Cable
PO Box 2468 STN Main
Calgary, Alberta T2P 4Y2
CANADA

Show-Me Hotshot Services LLC
201 2nd Avenue W
Williston, ND 58801-5920

Siebenga Interior Design Consultants Inc
166 Springborough Green SW
Calgary, Alberta T3H 5M4
CANADA

Source Office Products
13350 West 43rd Drive
Golden, CO 80403-7238

Southwest Business Machines Inc
564 - 23rd Avenue East
Dickinson, ND 58601-7100

Southwest Disposal Service Inc
PO Box 840730
Dallas, TX 75284-0730

Spira Data Corp
500 630 - 8th Avenue SW
Calgary, Alberta T2P 1G6
CANADA

Sterling Crane LLC
9351 Grant Street Suite 250
Denver, CO 80229-4364

Sterling Crane LLC
9351 Grant Street, Suite 250
Thornton, CO 80229-4364

Steve Iverson
Steel & Erection Inc
351 West 5960 South
Salt Lake City, UT 84107-6915

Sullivan's Trucking Company Inc.
PO Box 2164
Ponca City, OK 74602-2164

Summit Energy Services LLC
PO Box 4440
Williston, ND 58802-4440

Supreme Office Products Limited
PO Box 4318
Regina, SK S4P 3W6
CANADA

T Rex Conoco
1107 3rd Avenue West
Dickinson, ND 58601-3804

TSX Inc
PO Box 421
Toronto, Ontario M5X 1J2
CANADA

TWS Inc.
PO Box 488
Lovington, NM 88260-0488

Tab Canada
130 Sparks Avenue
Willowdale, Ontario M2H 2S4
CANADA

Tanks-A-Lot Inc
4227 E Larkspur Lane
Gardendale, TX 79758-3802

The Banff Centre
Box 1020
Banff, Alberta T1L 1HF
CANADA

The City of Calgary
PO Box 2405 STN M
Calgary, Alberta T2P 3L9
CANADA

Alan S. Thompson
950 S. Cherry St.
Ste. 900
Denver, CO 80246-2666

| | | |
|---|---|---|
| Thompson Reuters<br>PO Box 7855 Station A<br>Toronto, Ontario M5W 2R2<br>CANADA | Three Amigos LLC<br>PO Box 2534<br>Hobbs, NM 88241-2534 | Tinky Trucking<br>Box 6448<br>Edson, Alberta T7E 1T8<br>CANADA |
| Titan Specialized Hauling Ltd<br>PO Box 7949<br>Edson, Alberta T7E 1W2<br>CANADA | Toronto Dominion Bank<br>77 King St W<br>18th Fl<br>Toronto, Onterio M5K 1A2<br>CANADA | Trident Oilfield Services Ltd<br>PO Box 1095<br>Grand Prairie, Alberta T8V 4B5<br>CANADA |
| Triumph Oilfield Hauling Inc<br>Box 1488<br>Grand Prairie, Alberta T8V 3R5<br>CANADA | Troutman Sanders LLP<br>PO Box 933652<br>Atlanta, GA 31193-3652 | UFA Co-operative Ltd<br>PO Box 2790 Station M<br>Calgary, Alberta T2P 2M7<br>CANADA |
| United Rentals North America Inc<br>PO Box 840514<br>Dallas, TX 75284-0514 | United States Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202-2415 | Valley Crest Crane & Rigging<br>42331 West Tabby Swale Road<br>Tabiona, UT 84072 |
| Wagner Equipment Co.<br>c/o Arnold & Arnold, LLP<br>Attn.: Terry Ehrlich, Esq.<br>7691 Shaffer Parkway, Suite A<br>Littleton, CO 80127-3010 | Wagner Rents<br>PO Box 911291<br>Denver, CO 80291-1291 | Michael B. Watkins<br>600 1st Source Bank Center<br>100 North Michigan St.<br>South Bend, IN 46601-1600 |
| Western Rentals Inc<br>5 W Industrial Circle<br>Odessa, TX 79761-7128 | Gregory L. Williams<br>Block Markus & Williams LLC<br>1700 Lincoln,<br>Suite 4000<br>Denver, Co 80203-4540 | Risa Lynn Wolf-Smith<br>555 17th St.<br>Ste. 3200<br>Denver, CO 80202-3921 |
| Workers' Compensation Board - Alberta<br>McCall Court 150<br>4311 - 12th Street NE<br>Calgary, Alberta T2E 4P9<br>CANADA | Xylem Dewatering Solutions Inc<br>PO Box 935152<br>Atlanta, GA 31193-5100 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Class Action Litigants | (d)King Oil Field Services, LLP<br>P.O. Box 534<br>Parshall, ND 58770-0534 | (d)Poseidon Concepts Inc.<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada |
| (d)Poseidon Concepts Ltd.<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada | (u)PricewaterhouseCoopers Inc. | (u)Rockwater Energy Solutions, Inc. |

(u)SFI of Tennessee, LLC

(u)Sterling Crane

(d)Sterling Crane LLC
9351 Grant Street, Suite 250
Thornton, CO 80229-4364

(u)Summit Energy Services, Inc.

End of Label Matrix
Mailable recipients 169
Bypassed recipients   10
Total               179