**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 15 |
| POSEIDON CONCEPTS CORP., | ) | Case No. 13-15893 HRT |
| | ) | |
| Debtor in foreign proceeding. | ) | (***Jointly Administered***) |

**MONITOR'S OBJECTION TO PROOF OF CLAIM NO. 27**
**FILED IN CASE NO. 13-15893 HRT**

PricewaterhouseCoopers Inc., as the court-appointed monitor (the "Monitor") and authorized foreign representative of Poseidon Concepts Corp., Poseidon Concepts Ltd., Poseidon Concepts Limited Partnership, and Poseidon Concepts Inc. (collectively referred to as the "PC Debtors") in the proceeding pending in the Court of Queen's Bench of Alberta, Canada (the "Canadian Proceeding" or the "Canadian Court") under the Companies' Creditors Arrangement Act (the "CCAA"), by and through its undersigned counsel, Lewis Roca Rothgerber LLP, hereby files its Monitor's Objection to Proof of Claim No. 27 filed in Case No. 13-15893 HRT (the "Objection") and objects to the Proof of Claim filed by Gerald Kolar and states as follows:

**JURISDICTION AND BASIS FOR OBJECTION**

1.      This Court has jurisdiction over this Chapter 15 case pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(a) and (b).  This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), and (P) of the Bankruptcy Code.

2.      This Objection is filed pursuant to FED. R. BANKR. P. 3007(a) on the basis that the referenced claim is based on a class action lawsuit pending in the Canadian Court.

**GENERAL BACKGROUND**

3.      The PC Debtors initiated a proceeding under the CCAA on April 9, 2013.  On April 9, 2013, the Canadian Court issued its CCAA Order.

4.      On April 12, 2013, the Monitor filed four Chapter 15 petitions on behalf of the PC Debtors (collectively, the "US Proceedings").  On the same date, the Monitor filed its Motion for Order Directing Joint Administration of the Debtors' Cases (Docket No. 8).  On April 15, 2013, the Court entered its Order Directing Joint Administration of the PC Debtors' Chapter 15 Cases (Docket No. 12).

5.      In conjunction with the US Proceedings, the Monitor, as the foreign representative in each case, also filed Petitions for Recognition as Foreign Main Proceeding Pursuant to Sections 1515 and 1517 of the Bankruptcy Code and Related Relief (Docket No. 3) (the "Petitions for Recognition").  On May 15, 2013, the Court entered its Order Granting Recognition as a Foreign Main Proceeding and Related Relief (Docket No. 60).

2005496632_1

6.      On September 26, 2013, the Monitor submitted his Sixteenth Report to the Canadian Court (the "Sixteenth Report"). The Sixteenth Report accompanied the Monitor's Application to: (1) Extend Stay, and (2) Enhance Monitor Powers. As reflected in the Sixteenth Report, the Monitor anticipated at that time that the remaining directors of the PC Debtors intended to resign. In light of this, the Monitor sought an expansion of its powers for purposes of obtaining the necessary authority to complete administration of the CCAA Proceeding.

7.      On September 30, 2013, the Canadian Court entered its Order (Expansion of Monitor's Powers). The Monitor filed his Notice of Change of Status Pursuant to 11 U.S.C. § 1518 on October 15, 2013 (Docket No. 160) reflecting the expansion of his powers by the Canadian Court.

8.      On June 21, 2013, the Monitor filed a Motion to Set Bar Date for Filing Proofs of Claim (Docket No. 126). The Court entered its Order Granting Debtor's Motion to Set Bar Date for Filing Proofs of Claim (Docket No. 129) on June 27, 2013. The Claim Bar Date was set for August 22, 2013 (the "Claim Bar Date").

9.      On June 28, 2013, the Monitor filed its Notice of Order Establishing Bar Date for Filing Proofs of Claim Pursuant to Bankruptcy Rule 3003(c)(3) (Docket No. 130) (the "Claim Bar Date Notice"). The parties served the Claim Bar Date Notice are set forth in the Certificate of Service (Docket No. 131).

10.     The number of claims that have been filed in each of the US Proceedings are broken down as follows:

| | | |
|---|---|---|
| Poseidon Concepts Corp. | Case No. 13-15893 HRT | 71 |
| Poseidon Concepts Ltd. | Case No. 13-15894 HRT | 2 |
| Poseidon Concepts Limited Partnership | Case No. 13-15895 HRT | 2 |
| Poseidon Concepts, Inc. | Case No. 13-15896 HRT | 9 |

11.     Some of the claims have been settled. Duplicate claims were filed in more than one case. Some creditors, whose basis of operations is in Canada ("Canadian Creditors"), filed duplicate claims in the Canadian Proceeding and the US Proceedings. Other Canadian Creditors filed claims only in the US Proceedings. Certain other claims are procedurally or substantively defective.

12.     On March 27, 2015, the Monitor filed its Motion for Approval of Claims Procedures (Docket No. 220), which the Court granted on April 28, 2015 (Docket No. 230) (the "Claims Procedures Order").

13.     Among other things, the Claims Procedures Order provides that 11 U.S.C. §§ 501, 502, 505, 506, 509, and 510, along with the Federal Rules of Bankruptcy Procedure that are consistent with the order, apply to the proofs of claim filed in the US Proceedings.

## OBJECTION

14.     Pursuant to FED. R. BANKR. P. 3007(a), the Monitor objects to Proof of Claim No. 27 filed by Gerald Kolar (the "Proof of Claim").  Mr. Kolar is the lead plaintiff in a securities class action suit pending in the Canadian Court against certain of the officers and directors of Poseidon Concepts Corp. and its auditor, KPMG LLP (Canada).  Accordingly, Mr. Kolar's Proof of Claim, being adjudicated in the Canadian Court, is duplicative and therefore should be expunged in the PC Debtors' Bankruptcy Case.

## RESERVATION OF RIGHTS

15.     The Monitor hereby reserves the right to further object to Proof of Claim No. 27 in the future on any additional ground, and to amend, modify and/or supplement this Objection.

WHEREFORE, the Monitor respectfully requests that the Court enter an order disallowing and expunging Proof of Claim No. 27 filed in Case No. 13-15893 HRT, and requests such other and further relief as is appropriate.

Dated:  September 15, 2015.

LEWIS ROCA ROTHGERBER LLP

s/ Chad S. Caby
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO 80202
Phone:   303-623-9000
E-mail:   bcohen@LRRLaw.com
          ccaby@LRRLaw.com

*Attorneys for the Monitor PricewaterhouseCoopers Inc.*