# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>POSEIDON CONCEPTS CORP.,<br><br>Debtor in Foreign Proceeding. | Bankruptcy Case No. 13-15893<br><br>KHT Chapter 15 |
| In re:<br><br>POSEIDON CONCEPTS LTD.,<br><br>Debtor in Foreign Proceeding. | Bankruptcy Case No. 13-15894<br><br>KHT Chapter 15 |
| In re:<br><br>POSEIDON CONCEPTS LIMITED PARTNERSHIP.,<br><br>Debtor in Foreign Proceeding. | Bankruptcy Case No. 13-15895<br><br>KHT Chapter 15 |
| In re:<br><br>POSEIDON CONCEPTS INC.,<br><br>Debtor in Foreign Proceeding. | Bankruptcy Case No. 13-15896<br><br>KHT Chapter 15 |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MONITOR'S MOTION FOR RECOGNITION OF ORDER APPROVING CCAA AMENDED PLAN OF COMPROMISE AND ARRANGEMENT

### OBJECTION DEADLINE: THURSDAY, JUNE 14, 2018

YOU ARE HEREBY NOTIFIED PricewaterhouseCoopers Inc. ("PWC"), as the court-appointed monitor (the "Monitor") and authorized foreign representative of Poseidon Concepts Corp., Poseidon Concepts Ltd., Poseidon Concepts Limited Partnership, and Poseidon Concepts Inc. (collectively referred to as the "PC Debtors") in the proceeding pending in the Court of

105018987_1

Queen's Bench of Alberta, Canada (the "Canadian Proceeding") under the Companies' Creditors Arrangement Act (the "CCAA"), by and through its undersigned counsel, Lewis Roca Rothgerber Christie LLP, has filed its Motion for Recognition of Order Approving CCAA Amended Plan of Compromise and Arrangement (the "Recognition Motion") with the Bankruptcy Court, requesting recognition of an order entered in the Canadian Proceeding approving an Amended Plan of Compromise and Arrangement. Interested parties may request a copy of the Recognition Motion by contacting the undersigned attorneys for the Monitor.

If you oppose the Recognition Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections. Objections to the Recognition Motion will be due on or before Thursday**, June 14, 2018**.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: May 24, 2018.   Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO  80202-5855
Phone:   303.623.9000
Fax:        303.623.9222
E-mail:  bcohen@lrrc.com
              ccaby@lrrc.com

*Attorneys for PricewaterhouseCoopers Inc.*

Case:13-15893-KHT Doc#:338 Filed:05/24/18 Entered:05/24/18 12:41:26 Page3 of 12

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 24, 2018, a true and correct copy of the **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MONITOR'S MOTION FOR RECOGNITION OF ORDER APPROVING CCAA AMENDED PLAN OF COMPROMISE AND ARRANGEMENT** was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1 and was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service of the above. See attached Service List.

*s/ Jennah Little*
OF: LEWIS ROCA ROTHGERBER CHRISTIE LLP

105018987_1

- 3 -

```
Label Matrix for local noticing          1418600 Alberta Ltd.                    5 Star Frac Support Services, LLC
1082-1                                   OA R&R Rentals                          William C. Ballard
Case 13-15893-KHT                        61 Huget Crescent                       Jackson Kelly PLLC
District of Colorado                     Red Deer, Alberta T4N 6N3               PO Box 553
Denver                                   CANADA                                  Charleston, WV 25322-0553
Thu May 24 10:29:08 MDT 2018

5 Star Frac Support Services, LLC        5-Star Frac Support Services LLC        5J Oilfield Services LLC
c/o Robert A. Bell, Jr., Esq.            37 Copper Valley Road                   4090 N US Hwy 79
Vorys, Sater, Seymour and Pease LLP      Creekside, PA 15732-8500                Palestine, TX 75801-7065
52 East Gay Street
Columbus, Ohio 43215-3161

5J Trucking                              5J Trucking                             5J Trucking
177-199 Free Soil Road                   199 Free Soil Road                      212-250 Bald Hill Road
Mount Morris, PA  15349                  Perry, PA 15349-1336                    Mount Morris, PA  15349

A&W Water Service Inc                    Acklands-Grainger Inc.                  Mark J. Adey
PO Box 911724                            PO Box 2970                             600 1st Source Bank Center
Denver, CO 80291-1724                    Winnipeg, Manitoba R3C 4B5              100 North Michigan St.
                                         CANADA                                  South Bend, IN 46601-1600

Advantage Manufacturing Ltd.             Anschutz Exploration Corporation        Apex Distribution Inc.
Box 6747                                 555 17th St.                            550,407 - 2nd St SW
6218 - 54th Ave                          Ste. 2400                               Calgary, Alberta T2P 2Y3
Drayton, Alberta T7A 1S1                 Denver, CO 80202-3941                   CANADA
CANADA                                   Attn: Richard M. Jones

B&W Crane Services Inc.                  BMO Nesbitt Burns, Inc.                 BOP Republic Plaza I LLC
5191 Magnolia                            c/o Monique Jilesen, Lenczner Slaught Ro
Casper, WY 82604-4221                    130 Adelaide Street West, Suite 2600
                                         Toronto, ON M5H 3P5

BOP Republic Plaza I LLC and BOP Republic Pl  BOP Republic Plaza II LLC          Bakken Plastics LLC
c/o Francis P. Halm, Esq.                                                        PO Box 428
Kutak Rock LLP                                                                   Miles City, MT 59301-0428
U.S. Bank Plaza South
220 South Sixth Street, Suite 1750
Minneapolis, MN 55402-4513

Baron Oilfield Supply                    Beck Engineering                        Best Well Services LLC
9515 108 Street                          Unit 144                                5727 S Lweis Ave
Grande Prairie, Alberta T8V 5R7          2730-3 Ave NE                           Ste 550
CANADA                                   Calgary, Alberta T2A 2L5                Tulsa, OK 74105-7197
                                         CANADA

Big Block Picker                         Big Dog Delivery Inc.                   Bighorn Construction and Reclamation Inc
1016 51 ST                               940 Marpole Rd NE                       PO Box 1512
Edson, Alberta T7E 1E9                   Calgary, Alberta T2A 4L3                Douglas, WY 82633-1512
CANADA                                   CANADA

Bluewave Energy                          Bluewave Energy                         Bordon Ladner Gervais LLP
Edson Branch                             PO Box 2519                             Centenial Place, East Tower
7539 1A Ave                              Station M                               1900, 520 3rd Ave SW
Edson, Alberta T7E 1X6                   Calgary, Alberta T2P 0E8                Calgary, Alberta T2P 3N4
CANADA                                   CANADA                                  CANADA
```

| | | |
|---|---|---|
| Boyden Global Executive Search<br>Ste 1060, 144 - 4 Ave SW<br>Calgary, Alberta T2P 3N4<br>CANADA | Bravo Trucking<br>3904 Tumbleweed Trl<br>Midland, TX 79707-4016 | Brighton Crane Service<br>PO Box 383<br>Brighton, CO 80601-0383 |
| Brown's Dozer Service<br>1407 N Taylor<br>Enid, OK 73703-3335 | Kenneth J. Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202-2499 | C.H. Yarber Construction<br>4120 W 5th St<br>PO Box 2329<br>Cheyenne, WY 82003-2329 |
| CIBC Wood Gundy<br>600,607 - 8th Ave SW<br>Calgary, Alberta T2P 0A7<br>CANADA | CIBC World Markets Inc.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 | CUP Greber Enterprises Ltd.<br>OA Greber Construction<br>Box 27<br>Beverlodge, Alberta T0H 0C0<br>CANADA |
| Chad S. Caby<br>1200 17th St.<br>Suite 3000<br>Denver, CO 80202-5855 | Canadian Pump & Compressor<br>3405 W. Cardinal Drive<br>Beaumont, TX 77705-4415 | Canadian Pump & Compressor<br>607 - 18th Ave<br>Nisku, Alberta T9E 7T7<br>CANADA |
| Cannacord Genuity Corp.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 | Canwest Propane Partnership<br>Box 6848<br>Drayton Valley, Alberta T7A 1S2<br>CANADA | Cat Industries, LLC<br>dba Champion Tape<br>Attn: Carmen A. Tirella<br>7900 Durand Avenue<br>Sturtevant, WI 53177-1972 |
| Centralis Luxembourg<br>37 rue d Anvers<br>L-1130<br>LUXEMBOURG | Champion Tape<br>5101 Spring St<br>Racine, WI 53406-2905 | City and County of Denver/Treasury<br>Attn: Karen Katros, Bankruptcy Analyst<br>201 W. Colfax Ave., Department 1001<br>Denver, CO 80202-5332 |
| Clarey Napier International LC<br>Craig Welscher-The Welscher Law Firm<br>1111 North Loop West, Suite 702<br>Houston, TX 77008-4715 | Clarey Napier International, LLC<br>1331 Lamar, Ste 1130<br>Houston, TX 77010-3027 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Cole International<br>3033 34th Ave NE<br>Calgary, AB T1Y 6X2 | Cole International Inc.<br>PO Box 2718<br>Stn M<br>Calgary, Alberta T2P 3C2 | Cormark Securities Inc.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 |
| Corrs Chambers Westgarth<br>GPO Box 9925<br>Melbourne Victoria 3001<br>AUSTRALIA | Craig A. Welscher<br>The Welscher Law Firm<br>1111 N Loop W, Ste. 702<br>Houston, TX 77008-4715 | Crane Service Inc.<br>505 Murray Rd SE<br>Albuquerque, NM 87105-0817 |
| DV Rentals Inc.<br>5513 - 50th Ave<br>Box 6875<br>Drayton Valley, Alberta T7A 1S2<br>CANADA | Dale's Construction LLC<br>PO Box 153<br>Nash, OK 73761-0153 | Daniel's Welding Ltd.<br>PO Box 6206<br>Edson, Alberta T7E 1T7<br>CANADA |

| | | |
|---|---|---|
| Datasafe Recovery Services Ltd.<br>650, 703  6th Ave SW<br>Calgary, Alberta T2P 0T9<br>CANADA | Daubert Contracting Ltd.<br>Box 523<br>Debolt, Alberta T0H 1B0<br>CANADA | Denco, LLP<br>PO Box 505<br>Cut Bank, MT 59427-0505 |
| Dickinson Truck Equipment Inc.<br>PO Box 1522<br>Dickinson, ND 58602-1522 | Directors Desk LLC<br>co Wells Fargo Bank<br>Lockbox 50200<br>Philadelphia, PA 19178-0200 | Doby Hagar Trucking Inc.<br>19063 Transport Lane<br>Shafter, CA 93263-9532 |
| Drift Production Services Ltd.<br>4612 - 50th Ave SW<br>Site 5, Box 52, RR1<br>Gibbons, Alberta T0A 1N0<br>CANADA | Drisco LLC<br>Attn: Scott Thornboss<br>520 S. Rock Cliff Road<br>Ponca City, OK 74604-7201 | Dryair 2000 Inc.<br>PO Box 126<br>606 Highway Dr<br>St Brieux, Saskatchewan S0K 3V0<br>CANADA |
| Dundee Securities Ltd.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 | Terry Ehrlich<br>7691 Shaffer Pkwy.<br>Ste. A<br>Littleton, CO 80127-3010 | Emerson Clark Printing Corp<br>9, 4001B - 19th St NE<br>Calgary, Alberta T2E 6X8<br>CANADA |
| Entrec Corporation<br>100 Diamond Ave<br>PO Box 3490<br>Spruce Grove, Alberta T7X 3A7<br>CANADA | Epcor<br>PO Box 500<br>Edmonton, Alberta T5J 3Y3<br>CANADA | Far West Trucking<br>RR2<br>Carstairs, Alberta T0M 0N0<br>CANADA |
| Farris Vaughan Wills & Murphy LLP<br>Ste 800 - 1708 Dolphin Ave<br>Kelowna, BC V1Y 9S4<br>CANADA | Fed Ex<br>PO Box 94515<br>Palatine, IL 60094-4515 | FedEx Tech Connect Inc as Assignee<br> of FedEx Express/Ground/Freight/Office<br>3965 Airways Blvd,  Module G, 3rd Floor<br>Memphis, Tennessee 38116-5017 |
| FirstEnergy Capital Corp.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 | GMX Resources, Inc.<br>Attn: Ken L. Kenworthy, Sr.<br>9400 N Broadway, Ste. 600<br>Oklahoma City, OK 73114-7428 | Gary Costello<br>Logan Walters<br>19051 Transport Lane<br>Shafter, CA 93263-9532 |
| Gerald Kolar<br>c/o The Rosen Law Firm, P.A.<br>275 Madison Ave., 34th Floor<br>New York, NY 10016-1133 | Gleeson McGrath Baldwin Solicitors<br>29 Anglesea St<br>Dublin 2<br>IRELAND | Global X-Ray & Testing Corp.<br>2831 Momentum Place<br>Chicago, IL 60689-5328 |
| Go Flow Water Service LLC<br>3166 Pipe Court<br>Grand Junction, CO 81504-6237 | Greenery Office Interiors Ltd.<br>128, 5726 Burleigh Cres. SE<br>Calgary, AB T1H 1Z8<br>CANADA | Gusher Oil Field<br>23691 Hwy. 263<br>Greeley, CO 80631-9719 |
| Gutterson Ranch<br>26901 County Road 40<br>Kersey, CO  80644 | Michael J. Guyerson<br>999 18th St.<br>Ste., 1230 South<br>Denver, CO 80202-2414 | HJB Invoicing<br>8585 West 14th Avenue Suite B3<br>Denver, CO 80215-4860 |

| | | |
|---|---|---|
| Hall Trucking<br>PO Box 2476<br>Williston, ND 58802-2476 | Haystacks Inc.<br>PO Box 35<br>Wamsutter, WY 82336-0035 | Haywood Securities Inc.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 |
| Hertz Equipment Rental Corporation<br>PO Box 650280<br>Dallas, TX 75265-0280 | High Country Crane<br>PO Box 482<br>Mills, WY 82644-0482 | ISCO Industries LLC<br>926 Baxter Avenue<br>Louisville, KY 40204-2066 |
| JCR Fabrication<br>745 Scovina Avenue<br>Ontonagon, MI 49953-1245 | Jackman Construction Inc.<br>PO Box 218<br>Rock Springs, WY 82902-0218 | James Rodriguez<br>The Malhotra Law Frim<br>319 N. Grant St.<br>Odessa, TX 79761-5117 |
| Jeremy Alan Lieberman<br>Pomerantz Haudek Block, etc.<br>600 Third Avenue, 20th Floor<br>New York, NY 10016-1917 | Joe Kostelecky<br>908 16th StreetW<br>Dickinson, ND 58601-2925 | John W. Morrison, Jr.<br>Crowley Fleck PLLP<br>400 E Broadway<br>PO Box 2798<br>Bismarck, ND 58502-2798 |
| Jolene Transport<br>5525 - 66 Avenue<br>Taber, Alberta T1G 0A9<br>CANADA | Journey Oilfield Equipment LLC<br>PO Box 1540<br>Woodward, OK 73802-1540 | KCK Transport, Inc.<br>Attn: Kim Supan<br>20509 County Road 88<br>Ault, CO 80610-9505 |
| KCK Trucking<br>1205 Hope Avenue<br>Pierce, CO 80650-1122 | KPMG House<br>PO Box 2291U<br>Melbourne, VIC 3001<br>AUSTRALIA | KPMG LLP<br>PO Box 2291U<br>Melbourne, VIC 3001<br>AUSTRALIA |
| King Oil Field Services LLP<br>PO Box 534<br>Parshall, ND 58770-0534 | Lafayette Steel Erector<br>115 Notre Dame Drive<br>Lafayette, LA 70506-1711 | Laurence M. Rosen<br>The Rosen Law Firm, PA<br>275 Madison Ave - 34th Fl<br>New York, NY 10016-1133 |
| Layfield Geosynthetics & Industrial<br>11603 - 180 St SW<br>Edmonton, Alberta T5S 2H6<br>CANADA | Legal Edge Solution PLLC<br>536 West Villard Street<br>Dickinson, ND 58601-5017 | Leonard Street and Deinard<br>Attn: Carl Obermiller<br>150 S. 5 St., Ste. 2300, Fl. 19<br>Minneapolis, MN 55402-4238 |
| Martin E. Long<br>6860 South Yosemite Ct.<br>Ste., 2000<br>Centennial, CO 80112-1448 | M&M Supply Co.<br>1421 SE 29th<br>Oklahoma City, OK 73129-7637 | Magna Energy Service LLC<br>385 Interlocken Crescent<br>Suite 250<br>Broomfield, CO 80021-3560 |
| Marketwire LP<br>25 York Street Suite 900<br>Toronto, Ontario M5J 2V5<br>CANADA | Marks Crane & Rigging Co Ltd<br>PO Box 2192<br>Odessa, TX 79760-2192 | Marsau Enterprises Inc<br>1209 N 30th<br>Enid, OK 73701-2700 |

| | | |
|---|---|---|
| Martin Lally<br>43 Iona Road<br>Glusnevin, Dublin 9<br>IRELAND | McAdoo's Inc.<br>PO Box 476<br>Claysville, PA 15323-0476 | McCrums's<br>5310 - 1st Street SW<br>Calgary, Alberta T2H 0C8<br>CANADA |
| McGee Hankla Backes & Dobrovolny PC<br>PO Box 998<br>Minot, ND 58702-0998 | McGloin Davenport Severson and Snow PC<br>1600 Stout Street Suite 1600<br>Denver, CO 80202-3103 | McGloin, Davenport, Severson and Snow, P.C.<br>c/o Burleson LLP<br>Attn: Krista Tushar & Karl Kaesemeyer<br>1700 Lincoln Street, Suite 1300<br>Denver, CO 80203-4513 |
| McLennan Ross LLP<br>1000 First Canadian Centre<br>350  7th Avenue SW<br>Calgary, Alberta T2P 3N9<br>CANADA | Mercer  Canada  Limited<br>222 3rd Avenue SW Suite 1200<br>Calgary, Alberta T2P 0B4<br>CANADA | Merchants Office Furniture<br>2261 North Broadway<br>Denver, CO 80205-2535 |
| Merlin Edge Inc.<br>602 - 12th Avenue SW Suite 100<br>Calgary, Alberta T2R 1J3<br>CANADA | Montana Department of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 7701<br>Helena, MT 59604-7701 | Paul Moss<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| Mountain Man Welding<br>& Fabrication, Inc.<br>Attn: Stewart McNab<br>2115 West 14th Avenue<br>Denver, CO 80204-2325 | Mountain Man Welding & Fabrication, Inc.<br>c/o Martin E. Long<br>303 E. 17th Ave., Suite 800<br>Denver, CO 80203-1299 | Mountain Man Welding and Fabrication Inc.<br>Long& Long, P.C.<br>303 East 17th Avenue<br>Suite 800<br>Denver, CO 80203-1299 |
| Munro Supply Inc.<br>PO Box 519<br>Grand Junction, CO 81502-0519 | Nabholz Cranes and Equipment<br>612 Garland Street<br>Conway, AR 72032-4418 | Nabholz Cranes and Equipment<br>PO Box 2090<br>Conway, AR 72033-2090 |
| National Bank Financial Inc.<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 | National Bank of Canada<br>Heenan Blaikie LLP<br>c/o Bemard Amyot/Michael J. Hanlon<br>1250 Rene-Levesque Blvd. West, Suite 250<br>Montreal, Quebec, Canada, H3B 4Y1 | National Public Relations<br>800 - 6th Avenue SW Suite 1600<br>Calgary, Alberta T2P 3G3<br>CANADA |
| National Pump and Compressor<br>23457 Highway 119<br>Bakersfield, CA 93311-9443 | Nicholozakes Trucking & Construction Inc<br>PO Box 670<br>Cambridge, OH 43725-0670 | Noble Engineering<br>PO Box 443<br>Redcliffe, QLD 4020<br>AUSTRALIA |
| Matthew R. Osborne<br>11178 North Huron Street, #7<br>Northglenn, CO 80234-3343 | Oxford Crane Inc.<br>PO Box 1679<br>Marion, IL 62959-7879 | Pate Trucking Company Inc.<br>3624 South Eunice Highway<br>Hobbs, NM 88240-9501 |
| Peak Energy<br>506 K&P Industrial Drive<br>Rock Springs, WY 82901-6887 | Peak Exploration<br>507 K&P Industrial Drive<br>Rock Springs, WY 82901 | Jeremy Peck<br>1801 California St.<br>Ste. 3100<br>Denver, CO 80202-2626 |

| | | |
|---|---|---|
| Perley-Robertson<br>1400 - 340 Rue Albert Street<br>Ottawa, Ontario K1R 0A5<br>CANADA | Persimmon Contracting<br>#10 Spruce Centre SW<br>Calgary, Alberta T3C 3B3<br>CANADA | Peters & Co. Limited<br>c/o Monique Jilesen, Lenczner Slaught Ro<br>130 Adelaide Street West, Suite 2600<br>Toronto, ON M5H 3P5 |
| Poseidon Concepts Corp.<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada | Poseidon Concepts Limited Partnership<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada | Poseidon's Underwriters, named as defen<br>in Ontario Court File No. CV-13-474553 0<br>c/o Monique Jilesen Lenczner Slaght Royc<br>130 Adelaide St. West, Suite 2600<br>Toronto, ON M5H 3P5 |
| Patrick H. Pugh<br>1225 17th St.<br>Suite 2300<br>Denver, CO 80202-5596 | Quality Quick Print<br>37 - 1st Avenue West<br>Dickinson, ND 58601-5102 | RNL Trucking Inc.<br>4008 N Grimes P.M.B. 274<br>Hobbs, NM 88240-0903 |
| RPH Distributors Ltd<br>7915 - 46 Street SE<br>Calgary, Alberta T2C 2Y6<br>CANADA | Rainbow Waste<br>Box 7234<br>Edson, Alberta T7E 1V5<br>CANADA | Rawx Excavating<br>PO Box 1986<br>Sandy, UT 84091-1986 |
| Rawx, Inc. c/o Robert Padjen<br>5290 DTC Parkway, Suite 150<br>Englewood, CO 80111-2764 | Reliance Industrial Products Ltd<br>8301 - 98th Street<br>Clairmont, Alberta T0H 0W0<br>CANADA | Ricoh Canada Inc<br>5520 Explorer Drive Suite 300<br>Mississauga, Ontario L4W 5L1<br>CANADA |
| Riley Boyz Crane Repair & Rental<br>PO Box 258<br>Norwalk, OH 44857-0258 | Roark Trucking<br>963 County Road 725 E<br>Carmi, IL 62821-5443 | Robert Walsh<br>2 Herbert Street<br>Dublin 2<br>IRELAND |
| Roda Deaco Valve<br>3230-97 St<br>Edmonton, Alberta T6N 1K4<br>CANADA | Rugged Tanks and Fabricating<br>5603A - 62nd Street<br>Taber, Alberta T1G 1Y6<br>CANADA | SFI<br>4768 Hungerford Road<br>Memphis, TN 38118-7001 |
| SFI Compliance Inc.<br>4810-4856 Hungerford Road<br>Memphis, TN  38118 | SFI Compliance Inc.<br>PO Box 2515<br>Parker, CO 80134-1418 | SFI of Tennessee, LLC<br>4768 Hungerford Road<br>Memphis, TN 38118-7001 |
| SM Energy Company<br>1775 Sherman St., Ste. 1200<br>Denver, CO 80203-4339 | Safeguard Business Systems Ltd<br>PO Box 834<br>Midland, Ontario L4R 4P4<br>CANADA | Safety Services Company<br>157 Adelaide Street West Suite 428<br>Toronto, Ontario M5H 4E7<br>CANADA |
| SaskTel<br>PO Box 2121<br>Regina, SK S4P 4C5<br>CANADA | Secure Energy Services<br>1900, 205 - 5th Avenue SW<br>Calgary, Alberta T2P 2V7<br>CANADA | Shaw Cable<br>PO Box 2468 STN Main<br>Calgary, Alberta T2P 4Y2<br>CANADA |

| | | |
|---|---|---|
| Robert J. Shilliday III<br>1888 Sherman St.<br>Ste. 760<br>Denver, CO 80203-1160 | Show-Me Hotshot Services LLC<br>201 2nd Avenue W<br>Williston, ND 58801-5920 | Siebenga Interior Design Consultants Inc<br>166 Springborough Green SW<br>Calgary, Alberta T3H 5M4<br>CANADA |
| Source Office Products<br>13350 West 43rd Drive<br>Golden, CO 80403-7238 | Southwest Business Machines Inc<br>564 - 23rd Avenue East<br>Dickinson, ND 58601-7100 | Southwest Disposal Service Inc<br>PO Box 840730<br>Dallas, TX 75284-0730 |
| Spira Data Corp<br>500 630 - 8th Avenue SW<br>Calgary, Alberta T2P 1G6<br>CANADA | Sterling Crane LLC<br>9351 Grant Street Suite 250<br>Denver, CO 80229-4364 | Sterling Crane LLC<br>9351 Grant Street, Suite 250<br>Thornton, CO 80229-4364 |
| Steve Iverson<br>Steel & Erection Inc<br>351 West 5960 South<br>Salt Lake City, UT 84107-6915 | Sullivan's Trucking Company Inc.<br>PO Box 2164<br>Ponca City, OK 74602-2164 | Summit Energy Services LLC<br>PO Box 6729<br>Sheridan, WY 82801-7104 |
| Summit Energy Services, LLC nka Big Eleven G<br>PO Box 4440<br>Williston, ND 58802-4440 | Supreme Office Products Limited<br>PO Box 4318<br>Regina, SK S4P 3W6<br>CANADA | T Rex Conoco<br>1107 3rd Avenue West<br>Dickinson, ND 58601-3804 |
| TSX Inc<br>PO Box 421<br>Toronto, Ontario M5X 1J2<br>CANADA | TWS Inc.<br>PO Box 488<br>Lovington, NM 88260-0488 | Tab Canada<br>130 Sparks Avenue<br>Willowdale, Ontario M2H 2S4<br>CANADA |
| Tanks-A-Lot Inc<br>4227 E Larkspur Lane<br>Gardendale, TX 79758-3802 | Tervita LLC.<br>10613 W. Sam Houston Parkway N<br>Suite 300<br>Houston, TX 77064-4657 | Texas Comptroller of Public Accounts<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| The Banff Centre<br>PO Box 1020  Stn 18<br>107 Tunnel Mountain Dr.<br>Banff, Alberta T1L 1HF<br>CANADA | The City of Calgary<br>PO Box 2405 STN M<br>Calgary, Alberta T2P 3L9<br>CANADA | The Toronto-Dominion Bank<br>as Administration Agent<br>c/o Feroz M. Haq<br>66 Wellington St., West 9th Floor<br>Toronto, Ontario M5K 1A2, Canada |
| Alan S. Thompson<br>950 S. Cherry St.<br>Ste. 900<br>Denver, CO 80246-2666 | Thompson Reuters<br>PO Box 7855 Station A<br>Toronto, Ontario M5W 2R2<br>CANADA | Thomson Reuters (Markets) LLC<br>c/o Sarah E. Doerr<br>Moss & Barnett, A Professional Assoc.<br>90 7th St. S<br>Ste. 4800<br>Minneapolis, MN 55402-4119 |
| Three Amigos LLC<br>PO Box 2534<br>Hobbs, NM 88241-2534 | Tinky Trucking<br>Box 6448<br>Edson, Alberta T7E 1T8<br>CANADA | Titan Specialized Hauling Ltd<br>PO Box 7949<br>Edson, Alberta T7E 1W2<br>CANADA |

```
Toronto Dominion Bank               Trident Oilfield Services Ltd       Triumph Oilfield Hauling Inc
77 King St W                        PO Box 1095                         9521 144th Ave
18th Fl                             Grand Prairie, Alberta T8V 4B5      Grand Prairie, Alberta T8V 7V4
Toronto, Onterio MSK 1A2            CANADA                              CANADA
CANADA


Troutman Sanders LLP                UFA Co-operative Ltd                United Farmers of ALberta Co-Operative Ltd.
PO Box 933652                       PO Box 2790 Station M               P.O. Box 5350 St. A
Atlanta, GA 31193-3652              Calgary, Alberta T2P 2M7            Calgary, AB T2H-2J9
                                    CANADA


United Rentals  North America  Inc  United States Trustee               Valley Crest Crane & Rigging
PO Box 840514                       999 18th Street, Suite 1551         42331 West Tabby Swale Road
Dallas, TX 75284-0514               Denver, CO 80202-2415               Tabiona, UT 84072


Wagner Equipment Co.                Wagner Equipment Co.                Wagner Rents
c/o Arnold & Arnold, LLP            c/o Terry Ehrlich, Esq.             PO Box 911291
Attn.: Terry Ehrlich, Esq.          Arnold & Arnold, LLP                Denver, CO 80291-1291
7691 Shaffer Parkway, Suite A       7691 Shaffer Parkway, Suite A
Littleton, CO 80127-3010            Littleton, CO 80127-3010


Wanzek Construction, Inc.           Michael B. Watkins                  Western Rentals Inc
Eyal Berger, Esq.                   600 1st Source Bank Center          5 W Industrial Circle
350 E. Las Olas Blvd., Suite 1600   100 North Michigan St.              Odessa, TX 79761-7128
Fort Lauderdale, FL 33301-4247      South Bend, IN 46601-1600


Gregory L. Williams                 Windy Butte                         Risa Lynn Wolf-Smith
Block Markus & Williams LLC         503 US Hwy 2                        555 17th St.
1700 Lincoln,                       Bainville, MT 59212-9614            Ste. 3200
Ste., 4550                                                              Denver, CO 80202-3921
Denver, Co 80203-4509


Workers' Compensation Board - Alberta   Workforce Safety & Insurance    Xylem Dewatering Solutions Inc
McCall Court 150                        PO Box 5585                     84 Floodgate Road
4311 - 12th Street NE                   Bismarck, ND 58506-5585         Bridgeport, NJ 08014-1001
Calgary, Alberta T2E 4P9
CANADA


John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)5J Oilfield Services, LLC        (u)Brighton Crane Service, LLC      (u)Clarey Napier International, LLC
4090 N US Hwy 79
Palestine, TX 75801-7065
```

| | | |
|---|---|---|
| (u)Class Action Litigants | (d)King Oil Field Services, LLP<br>P.O. Box 534<br>Parshall, ND 58770-0534 | (d)Poseidon Concepts Inc.<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada |
| (d)Poseidon Concepts Ltd.<br>1200, 645 - 7th Avenue SW<br>Calgary, AB  T2P 4G8<br> Canada | (u)PricewaterhouseCoopers Inc. | (u)Rawx Inc. |
| (u)Rockwater Energy Solutions, Inc. | (u)SFI of Tennessee, LLC | (u)Sterling Crane |
| (d)Sterling Crane LLC<br>9351 Grant Street, Suite 250<br>Thornton, CO 80229-4364 | (u)Summit Energy Services, Inc. | (u)Texas Comptroller Of Public Accounts |

End of Label Matrix
Mailable recipients   231
Bypassed recipients    15
Total                 246